**Motion Granted; Order filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00877-CR

———————

## EX PARTE RICHARD DEWAYNE JONES

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 11-CR-3416**

## ORDER

On January 14, 2013, the court denied appellant's motion to stay trial court proceedings pending our decision in this appeal from the denial of appellant's pre-trial application for writ of habeas corpus. On April 18, 2013, appellant asked the court to reconsider its denial, and the State consented to the stay. Accordingly, we **GRANT** appellant's motion for reconsideration and issue the following order:

We **ORDER** the underlying criminal prosecution **STAYED** until final disposition of this appeal or until further order of this court.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Donovan.